G. C. Varn, G. W. Varn and N. L. Hatton, Co-partners, doing business as Varn Turpentine Company, Plaintiffs in Error, v. John J. Pelot, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Manatee County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

G. C. Martin, for Plaintiffs in Error;

R. W. Davis and Singeltary & Reaves, for Defendant in Error.